```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

        MAR 4 - 2008
          AT SEATTLE
    CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

07-CV-00767-ORD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| PAUL A. STORIE, ) | CASE NO. C07-0767-MJP |
| Plaintiff, ) | |
| v. ) | ORDER AFFIRMING |
| MICHAEL J. ASTRUE, ) | COMMISSIONER |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

(1)  The Court adopts the Report and Recommendation;

(2)  The Court affirms the decision of the Commissioner; and

(3)  The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 3 day of March, 2008.

*[signature]*

MARSHA J. PECHMAN
United States District Judge

ORDER AFFIRMING COMMISSIONER
PAGE -1